BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2772
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | 2:14-CR-00184-GEB |
|                                ) | |
|    Plaintiff,   ) | AMENDED STIPULATION AND ORDER TO ADVANCE TRIAL CONFIRMATION HEARING AND JURY TRIAL DATES |
|                                ) | |
|   v.                 ) | |
|                                ) | |
| RODERICK EARL VANGA,           ) | |
|                                ) | |
|    Defendant.   ) | |
|                                ) | DATE:  September 26, 2014 |
|                                ) | TIME:  9:00 a.m. |
|                                ) | JUDGE: Hon. Garland E. Burrell, Jr. |

     Plaintiff United States of America and defendant Roderick Earl Vanga, by and through their respective undersigned attorneys, hereby stipulate and request that the trial confirmation hearing scheduled for September 26, 2014, at 9:00 a.m., and jury trial scheduled for October 28, 2014, at 9:00 a.m., be vacated and advanced as follows:

     New Trial Confirmation Hearing Date:     August 29, 2014, at 9:00 a.m.

     New Jury Trial Date:     October 7, 2014, at 9:00 a.m.

///

///

///

///

///

Stipulation And Order To Advance TCH and Trial Dates     1

The Court Clerk has previously approved of both dates and times as convenient for the Court.

Respectfully submitted,

DATED:  August 18, 2014          BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Peter M. Mularczyk
                                 Peter M. Mularczyk
                                 Special Assistant U.S. Attorney


DATED:  August 18, 2014          /s/ Dina Santos
                                 DINA SANTOS
                                 Counsel for Defendant
                                 Roderick Earl Vanga


ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, it is hereby ordered that the trial confirmation hearing scheduled for September 26, 2014, at 9:00 a.m. is advanced to August 29, 2014, at 9:00 a.m. and that the jury trial scheduled for October 28, 2014, at 9:00 a.m. is advanced to October 7, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  August 19, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge