UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00184-GEB-1 |
| Plaintiff, | |
| v. | **ORDER FOR EXAMINATION AND REPORT UNDER 18 U.S.C. §§ 4241(b) and 4247(b), (c)** |
| RODERICK EARL VANGA, | |
| Defendant. | |

On September 18, 2014, Defendant's counsel filed a Proposed Order re Examination and Report under 18 U.S.C. § 4241(b) and 4247(b), and (c), and scheduled a status hearing concerning the matter on September 19, 2014.

During the September 19, 2014 status hearing, Defendant's counsel said she had reasonable cause to believe the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense. Defendant's attorney also said she had two other criminal defense attorneys talk to Defendant Vanga to determine if they thought he was competent, and each attorney opined Defendant Vanga's competency should be

1

1  evaluated by a mental health expert.
2         Defendant Vanga disagreed with his defense lawyer's
3  assessment of his competency, and the government argued that
4  Defendant understands the nature and consequences of the
5  proceedings against him. However, the government's argument
6  failed to counter Defendant's attorney's concern that Defendant
7  <u>is unable to assist properly in his defense</u>.
8         Based on what Defendant's attorney stated, I find
9  that "reasonable cause [exists] to believe that the defendant may
10 presently be suffering from a mental disease or defect rendering
11 him mentally incompetent to the extent that he is unable to . . .
12 assist properly in his defense." 18 U.S.C. § 4241(a).
13        Accordingly, Defendant shall undergo psychiatric and/or
14 psychological examinations under 18 U.S.C. § 4241(b) and 18
15 U.S.C. § 4247(b), to determine his competency. Defendant shall be
16 transported to the place designated by the Federal Bureau of
17 Prisons for the examination and/or study. The examining officials
18 are authorized to access all pertinent medical and collateral
19 information, including psychiatric and medical records and
20 psychological testing. Further, a psychiatric and/or a
21 psychological report shall be provided to the Court in accordance
22 with 18 U.S.C. §§ 4241(b) and 4247(c). Counsel are requested to
23 provide the Bureau of Prisons documents and/or information
24 counsel opine should be provided in connection with the
25 competency determination issue.
26        The Clerk of the Court shall include the United States
27 Marshal and the Federal Bureau of Prisons in the service of this
28 Order. The Federal Bureau of Prisons shall be served by email

using the following address: **gra-dsc/teampapa~@bop.gov**. To apprize examination officials of the criminal charges against Defendant, the Clerk of the Court shall attach to this order a copy of the Indictment (ECF No. 9).

Dated:  September 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge