BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
PETER M. MULARCZYK
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00184-GEB |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER RE: POSTPONEMENT OF HEARING ON UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY FROM DEFENDANT RODERICK EARL VANGA** |
| v. | |
| RODERICK EARL VANGA, | |
| Defendant. | |
| | Date:  September 19, 2014<br>Time:  2:00 p.m.<br>Court: Hon. Edmund F. Brennan |

Whereas, on August 29, 2014, plaintiff United States of America filed its motion for reciprocal discovery from defendant Roderick Earl Vanga and set the hearing for that motion on September 19, 2014, at 2:00 p.m., before United States Magistrate Judge Edmund F. Brennan;

Whereas, in response to the September 18, 2014, request by Dina Santos, Esq., counsel for defendant Roderick Earl Vanga, District Judge Garland E. Burrell held a hearing on September 19, 2014, to determine whether the District Court should order a mental competency examination of Vanga pursuant to 18 U.S.C. § 4241;

Whereas, at approximately noon on September 19, 2014, District Judge Burrell found that there is reasonable cause to believe that Vanga may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense within

1

the meaning of 18 U.S.C. § 4241(a), and, accordingly, ordered that the Bureau of Prisons conduct a mental competency examination of Vanga and submit a report to the Court of its findings and recommendations; and

Whereas, District Judge Burrell set a status conference on November 7, 2014, at 9:00 a.m., to conduct a hearing to determine Vanga's mental competency to stand trial.

It is hereby stipulated by and between the parties, through their respective undersigned counsel that the September 19, 2014, hearing before United States Magistrate Judge Edmund F. Brennan on the United States' motion for reciprocal discovery from Vanga shall be postponed and rescheduled for hearing on Friday, November 14, 2014, at 2:00 p.m., before United States Magistrate Judge Brennan, which is one week after the hearing scheduled by District Judge Burrell to determine Vanga's mental competency.

BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong
/s/ Peter M. Mularczyk

Dated:   September 19, 2014         By:

_____
SAMUEL WONG
Assistant United States Attorney
PETER M. MULARCZYK
Special Assistant United States Attorney
Attorneys for plaintiff United States of America

Dated:  September 19, 2014           /s/ Dina L. Santos
_____
DINA L. SANTOS
Attorney for defendant Roderick Earl Vanga
(per telephone authorization)

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom,

It is ordered that the Court adopts the stipulation of the parties in its entirety as its order. The September 19, 2014, hearing on the United States' motion for reciprocal discovery from Vanga shall be postponed and rescheduled for hearing on Friday, November 14, 2014, at 2:00 p.m., before the undersigned.

DATED: September 19, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE