UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>RODERICK EARL VANGA,<br>        Defendant. | No. 2:14-cr-00184-GEB-1<br><br>**ORDER** |

On October 21, 2014, the Bureau of Prisons sent the undersigned Judge the attached correspondence concerning the Defendant's examination under 18 U.S.C. § 4241. The correspondence was received by the undersigned judge on October 30, 2014.

The attached correspondence shall be filed under seal. However, this order shall be filed on the public docket. This Order and the sealed correspondence shall be served on counsel for Plaintiff and counsel for Defendant only.

Dated:  October 30, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1