```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
PETER M. MULARCZYK
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RODERICK EARL VANGA,<br><br>        Defendant. | CASE NO. 2:14-CR-00184-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING ON DEFENDANT RODERICK VANGA'S MENTAL COMPETENCY**<br><br>Date:  November 7, 2014<br>Time:  9:00 a.m.<br>Court: Hon. Garland E. Burrell |

   Whereas, there is a presently set status conference hearing on November 7, 2014, at 9:00 a.m., on defendant Roderick Vanga's mental competency;

   Whereas, mental health experts working for the Bureau of Prisons, which is conducting a mental competency evaluation of Vanga, have requested, and the Court granted, additional time to November 17, 2014, to conduct the evaluation and additional time to December 8, 2014, to prepare a report on Vanga's mental competency;

   Whereas, it appears that Vanga and the mental competency evaluation report will not be available for the presently set November 7, 2014, status conference,

1

It is hereby stipulated by and between the parties, through their respective undersigned counsel that the November 7, 2014, status conference shall be continued to December 19, 2014, at 9:00 a.m., before United States District Judge Garland E. Burrell to allow time for the evaluation and report to be completed and reviewed by the Court and the parties, and to allow for the transportation of Vanga back to Sacramento, prior to the status conference.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Samuel Wong
                                    /s/ Peter M. Mularczyk
Dated:  November 5, 2014   By:
                                    _____
                                    SAMUEL WONG
                                    Assistant United States Attorney
                                    PETER M. MULARCZYK
                                    Special Assistant United States Attorney
                                    Attorneys for plaintiff
                                    United States of America


Dated:  November 5, 2014            /s/ Dina L. Santos
                                    _____
                                    DINA L. SANTOS
                                    Attorney for defendant
                                    Roderick Earl Vanga
                                    (per telephone authorization)
```

2

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom,

It is ordered that the Court adopts the stipulation of the parties in its entirety as its Order.  The November 7, 2014, status conference hearing on defendant Roderick Vanga's mental competency shall be continued to Friday, December 19, 2014, at 9:00 a.m.

Dated:  November 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge