BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
PETER M. MULARCZYK
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK EARL VANGA,<br><br>Defendant. | CASE NO. 2:14-CR-00184-GEB<br><br>**STIPULATION AND ORDER RE: POSTPONEMENT OF HEARING ON UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY FROM DEFENDANT RODERICK EARL VANGA**<br><br>Date: November 14, 2014<br>Time: 2:00 p.m.<br>Court: Hon. Edmund F. Brennan |

Whereas, on August 29, 2014, plaintiff United States of America filed its motion for reciprocal discovery from defendant Roderick Earl Vanga and set the hearing for that motion on September 19, 2014, at 2:00 p.m., before United States Magistrate Judge Edmund F. Brennan;

Whereas, on September 19, 2014, District Judge Burrell ordered that the Bureau of Prison conduct a mental competency examination of Vanga and submit a report to the Court of its findings and recommendations;

Whereas, District Judge Burrell set a status conference on November 7, 2014 at 9:00 a.m., to conduct a hearing to determine Vanga's mental competency to stand trial;

Whereas, on October 30, 2014, mental health experts working for the Bureau of Prisons, which is conducting a mental health competency evaluation of Vanga, have requested, and District Judge Burrell

1

granted, additional time to November 17, 2014, to conduct the evaluation and additional time to December 8, 2014, to prepare a report on Vanga's mental competency; and

Whereas, District Judge Burrell continued the November 7, 2014 status conference hearing on Vanga's mental competency to December 19, 2014.

It is hereby stipulated by and between the parties, through their respective undersigned counsel that the November 14, 2014, hearing before United States Magistrate Judge Edmund F. Brennan on the United States' motion for reciprocal discovery from Vanga shall be postponed and rescheduled for hearing on Friday, January 23, 2015, at 2:00 p.m., before United States Magistrate Judge Brennan, which is five weeks after the hearing scheduled by District Judge Burrell to determine Vanga's mental competency.

BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong
/s/ Peter M. Mularczyk

Dated:  November 7, 2014                By:_____
SAMUEL WONG
Assistant United States Attorney
PETER M. MULARCZYK
Special Assistant United States Attorney
Attorneys for plaintiff United States of America

Dated:  November 7, 2014                /s/ Dina L. Santos
DINA L. SANTOS
Attorney for defendant Roderick Earl Vanga
(per email authorization)

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom,

It is ordered that the Court adopts the stipulation of the parties in its entirety as its order. The November 14, 2014, hearing before United States Magistrate Judge Edmund F. Brennan on the United States' motion for reciprocal discovery from Vanga shall be postponed and rescheduled for hearing on Friday, January 23, 2015, at 2:00 p.m., before United States Magistrate Judge Brennan.

DATED: November 10, 2014.

EDMUND F. BRENNAN
United States Magistrate Judge