UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RODERICK EARL VANGA,<br><br>    Defendant. | No.  2:14-cr-00184-GEB-1<br><br><br>**ORDER** |

On December 10, 2014, the Bureau of Prisons sent the undersigned Judge's courtroom deputy clerk, by email, the attached correspondence and report concerning the forensic evaluation of Defendant Roderick Earl Vanga. The correspondence and report shall be filed under seal. However, this order shall be filed on the public docket. This Order and the sealed attachments shall be served on counsel for Plaintiff and counsel for Defendant only.

Dated:  December 12, 2014

                                                  GARLAND E. BURRELL, JR.
                                                Senior United States District Judge