BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
PETER M. MULARCZYK
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK EARL VANGA,<br><br>Defendant. | CASE NO. 2:14-CR-00184-GEB<br><br>**STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING**<br><br><br>Date: January 9, 2015<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Roderick Vanga, on the other hand, through their respective attorneys, that the presently set January 9, 2015, at 9:00 a.m., trial confirmation hearing shall be continued by the Court one week to January 16, 2015, at 9:00 a.m., to allow the parties additional

///

///

///

STIPULATION & ORDER CONTINUING TCH

1

time to: (1) discuss whether the case can be resolved short of trial; and (2) discuss and attempt to resolve defendant's latest informal discovery requests.

Dated:  January 6, 2015                     /s/ Dina Santos
                                            _____
                                            DINA SANTOS
                                            Attorney for defendant
                                            RODERICK VANGA
                                            (Per email authorization)


Dated:  January 6, 2015                     BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Samuel Wong
                                    By:     _____
                                            SAMUEL WONG
                                            Assistant U.S. Attorney


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 9, 2015, at 9:00 a.m., trial confirmation hearing shall be continued one week to January 16, 2015, at 9:00 a.m.

Dated:  January 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge