IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RODERICK EARL VANGA,<br><br>  Defendant. | CASE NO. 2:14-CR-00184-GEB EFB<br><br>**ORDER GRANTING THE UNITED STATES'<br>MOTION FOR RECIPROCAL DISCOVERY** |

This matter was before the court on January 23, 2015, for hearing on the motion of the United States for reciprocal discovery from defendant Roderick Earl Vanga. Assistant United States Attorney Samuel Wong appeared for plaintiff United States of America. Dina Santos, Esq., appeared with defendant Roderick Earl Vanga.

Ms. Santos produced to the United States 28 pages of Vanga's medical records from the Sacramento County Jail. With that production, Ms. Santos represented to the court that she has produced all of the reciprocal discovery in Vanga's possession. Ms. Santos also confirmed that she is well aware of the continuing obligation to produce further reciprocal discovery which she may subsequently come to possess. In light of those representations, it appears that as to documents that have now been produced the motion is moot. As to documents the defense may come to possess that constitute reciprocal discovery, the government's discovery motion is granted and Vanga shall comply with his obligation under Fed. R. Crim. P. 16(b) and (c) to provide continuing reciprocal discovery to the United States.

Dated: January 29, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE