BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-cr-184 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **PROPOSED JOINT REQUEST TO** |
| v. | ) | **CONTINUE SENTENCING HEARING;** |
| | ) | **PROPOSED ORDER** |
| RODERICK EARL VANGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Defendant Roderick Vanga desires additional time to object to the Presentence Report. The parties hereby stipulate and agree between the parties that the date for the Judgment and Sentencing in this case be continued, in accordance with the following schedule:

    Judgment and Sentencing Date: May 29, 2015, 9am

    Reply, or Statement of Non-Opposition: May 22, 2015

    Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 15, 2015

    The Presentence Report shall be filed with the Court and disclosed to counsel no later than: May 8, 2015

1

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: May 1, 2015

The proposed Presentence Report has already been disclosed to counsel.

Dated: April 15, 2015               Respectfully submitted,

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney


DATED: April 15, 2015              Respectfully submitted,
/s/ Dina Santos
DINA SANTOS
Attorney for the Defendant


PROPOSED ORDER

It is so ordered.

Dated:  April 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2