UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00184-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RODERICK VANGA, | |
| Defendant. | |

On May 18, 2015, the undersigned judge contacted the Sacramento County Main Jail ("SCMJ") in connection with the May 22, 2015 further hearing on Defense Counsel's Motion to Withdraw & Status of Counsel, for the purpose of ascertaining what legal resources are available for inmates at the SCMJ. In response to the inquiry, the undersigned judge received via email the attached four-page document that lists the titles included in the SCMJ's LexisNexis subscription (California Legal Library) and was informed that these resources are available to inmates wishing to conduct research on the SCMJ's computers.

Dated: May 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

## Sacramento Main Jail Law Library

**Volumes available for research on the library computers (LexisNexis):**

Deering's California Codes Annotated

Deering's California Codes Annotated 2

Deering's California Codes, Legislative Changes

California Official Reports – Case Update

California Official Reports 1

California Official Reports 2

California Official Reports 3

California Official Reports 4

California Official Reports 5

California Official Reports 6

California Official Reports 7

California Criminal Defense Practice

Table of Cases for California Judicial Decisions

Shepard's California Citations

Shepard's Federal Citations (Court of Appeals Cases/U.S. District) and Federal Statutes Citations

Shepard's U.S. Supreme Court Citations and Case Names Citators

California Code of Regulations

Ballentine's Law Dictionary, 3rd Edition

California Family Law Litigation Guide

Federal Habeas Corpus Practice and Procedure

California Family Law Practice and Procedure

United States Code Service

Federal Court Rules

United States Constitution

Spanish/English Legal Dictionary

Supreme Court Reports, Lawyers' Edition, Vols. 1-100

Supreme Court Reports, Lawyers' Edition, 2nd Series, Vols. 1 to 133

Supreme Court Reports, Lawyers' Edition, 2nd Series, Vols. 134 to Present

United States Supreme Court: Bench Opinions

U.S. Court of Appeals – Case Update

U.S. District Court – Case Update

Supreme Court Reports – Case Update

U.S. Court of Appeals – 1st Circuit

U.S. District Court – 1st Circuit (1991 to Present)

U.S. District Court – 1st Circuit (Prior to 1991)

U.S. Court of Appeals – 2nd Circuit (1958 to Present)

U.S. Court of Appeals – 2nd Circuit (Prior to 1958)

U.S. District Court – 2nd Circuit (2007 to Present)

U.S. District Court– 2nd Circuit (2006 to 2000)

U.S. District Court– 2nd Circuit (1999 to 1995)

U.S. District Court– 2nd Circuit (1994 to 1982)

U.S. District Court– 2nd Circuit (1981 to 1960)

U.S. District Court– 2nd Circuit (Prior to 1960)

U.S. Court of Appeals – 3rd Circuit

U.S. District Court– 3rd Circuit (2005 to Present)

U.S. District Court– 3rd Circuit (1994 to 2004)

U.S. District Court– 3rd Circuit (1983 to 1993)

U.S. District Court– 3rd Circuit (Prior to 1983)

U.S. Court of Appeals – 4th Circuit (1995 to Present)

U.S. Court of Appeals – 4th Circuit (Prior to 1995)

U.S. District Court – 4th Circuit (1998 to Present)

U.S. District Court – 4th Circuit (Prior to 1998)

U.S. Court of Appeals – 5th and 11th Circuit (1990 to Present)

U.S. Court of Appeals– 5th and 11th Circuit (1975 to 1989)

U.S. Court of Appeals– 5th and 11th Circuit (Prior to 1975)

U.S. District Court – 5th Circuit (2000 to Present)

U.S. District Court – 5th Circuit (Prior to 2000)

U.S. Court of Appeals – 6th Circuit (1995 to Present)

U.S. Court of Appeals – 6th Circuit (Prior to 1995)

U.S. District Court– 6th Circuit (2000 to Present)

U.S. District Court– 6th Circuit (Prior to 2000)

U.S. Court of Appeals – 7th Circuit (1993 to Present)

U.S. Court of Appeals – 7th Circuit (Prior to 1993)

U.S. District Court– 7th Circuit (2005 to Present)

U.S. District Court– 7th Circuit (2004 to 1994)

U.S. District Court– 7th Circuit (1983 to 1993)

U.S. District Court– 7th Circuit (Prior to 1983)

U.S. Court of Appeals – 8th Circuit (1995 to Present)

U.S. Court of Appeals – 8th Circuit (Prior to 1995)

U.S. District Court – 8th Circuit (2002 to Present)

U.S. District Court – 8th Circuit (Prior to 2002)

U.S. Court of Appeals – 9th Circuit (2002 to Present)

U.S. Court of Appeals– 9th Circuit (1990 to 2001)

U.S. Court of Appeals– 9th Circuit (Prior to 1990)

U.S. District Court– 9th Circuit (2010 to Present)

U.S. District Court– 9th Circuit (2002 to 2009)

U.S. District Court– 9th Circuit (1991 to 2001)

U.S. District Court– 9th Circuit (Prior to 1991)

U.S. Court of Appeals – 10th Circuit

U.S. District Court – 10th Circuit (2000 – Present)

U.S. District Court – 10th Circuit (Prior to 2000)

U.S. District Court – 11th Circuit (2002 to Present)

U.S. District Court – 11th Circuit (Prior to 2002)

U.S. Court of Appeals – Federal Circuit

U.S. Court of Appeals – DC Circuit

U.S. District Court – District of Columbia

Judicial Council of California Criminal Jury Instructions (CALCRIM)

Constitutional Rights of Prisoners

Civil Rights Actions

California Criminal Discovery

California Evidence Courtroom Manual

California Courtroom Evidence, by Cotchett

Moore's Federal Practice – Criminal

California Forms of Pleading and Practice Annotated

California Juvenile Courts Practice and Procedure

California Superior Court Local Rules