UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00184-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER STRIKING DEFENDANT'S PRO SE FILINGS** |
| RODERICK EARL VANGA, | |
| Defendant. | |

On June 1, 2015, Defendant filed *in propria persona*, while he was simultaneously represented by counsel, a "Motion to Arrest Judgment under Rule 34(a) of the Federal [Rules of] Criminal Procedure," (ECF No. 70), and "Motion to Request Time Extension Consequent to Rule 34(b) of the Federal [Rules of] Criminal Procedure," (ECF No. 71). On June 19, 2015, the government filed a motion to strike each of these pro se filings, arguing "represented parties do not have the right to proceed pro se," and "[w]here a defendant's pro se motion does not challenge his legal representation, any defense argument or motion should be advanced by appointed counsel." (Gov't Mot. to Strike 3:5-9, ECF No. 78.)

"A criminal defendant does not have an absolute right to both self-representation and the assistance of counsel." United States v. Halbert, 640 F.2d 1000, 1009 (9th Cir. 1981). "Whether to allow hybrid representation, where the accused

1

assumes some of the lawyer's functions, is within the sound discretion of the judge." <u>United States v. Williams</u>, 791 F.2d 1383, 1389 (9th Cir. 1986) (citation omitted).

Defendant was represented by counsel at the time he filed the referenced documents, and he has not been authorized to engage in hybrid representation. Further, Defendant has not shown that his present counsel needs assistance doing what is expected in his representation of Defendant.

For the stated reasons, the government's motion to strike Defendant's pro se filings is GRANTED. Defendant's pro se filings (ECF Nos. 70, 71) shall be stricken from the docket.

Dated: July 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2