Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Roderick Earl Vanga

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RODERICK EARL VANGA,<br><br>　　　　　Defendant | ) No. 2:14-cr-00184 GEB<br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>) FOR TRANSCRIPT OF IN CAMERA<br>) PROCEEDINGS<br>)<br>)<br>)<br>)<br>) |

　　　On May 22, 2015, the court held an in camera hearing concerning status of counsel.

　　　Defense counsel requests that the court order that the above in camera proceeding be transcribed and provided to defense counsel. In the event defense counsel references, in appellant's opening brief, any part of the May 22, 2015 in camera proceedings, the parties agree and stipulate that without the need for additional court order the court reporter can then provide the transcript to the Assistant United States Attorney.

DATED: August 25, 2015　　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　　　Defendant, Roderick Earl Vanga

DATED: August 25, 2015　　　　　　　　　　/s/ Samuel Wong, Assistant U.S. Attorney

IT IS SO ORDERED
Dated:  August 25, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge