```
 1
 2
 3
 4
 5                    UNITED STATES DISTRICT COURT
 6                   EASTERN DISTRICT OF CALIFORNIA
 7
 8   UNITED STATES OF AMERICA,        No. 2:14-cr-00184-GEB-1
 9              Plaintiff,
10         v.                         **ORDER CORRECTING SENTENCING
                                      HEARING TRANSCRIPT**
11   RODERICK EARL VANGA,
12              Defendant.
13
```

On April 28, 2017, the United States of America filed a motion seeking an order correcting the May 29, 2015, sentencing hearing transcript at page 6 and line 25 where it is reported that the prosecutor stated, "Your Honor, it is very much an unequivocal request to represent himself, and I believe that the court can deny his request for self-representation." Pl. Mot. 1:22-24, ECF No. 97. The subject sentence in the transcript is located on the district court's ECF filing system in document number 85 from page 6, line 25 to page 7, line 2. Trans. Of Proc. Hearing re: Judgment and Sent'g, 6:25-7:2, ECF No. 85. The United States argues that the word "unequivocal" in this sentence is not what the prosecutor used, and instead the prosecutor used the word "equivocal". The United States is correct. Therefore, under Federal Rule of Appellate Procedure 10(e) the word "unequivocal" in the subject sentence is changed to the word

"equivocal".

Accordingly, the hearing on the motion scheduled on May 12, 2017 is vacated.

Dated: May 8, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge