UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RODERICK EARL VANGA,<br><br>  Defendant. | No. 2:14-cr-00184 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Roderick Earl Vanga has filed an Emergency Motion for Reduction in Sentence and Compassionate Release. (Docket No. 111.)  The United States shall file any opposition to defendant's motion no later than June 4, 2020.  Defendant may file a reply no later than June 11, 2020.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  May 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1