HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RODERICK EARL VANGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-0184 WBS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | **SEALING EXHIBITS** |
| RODERICK EARLVANGA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Vanga's Exhibits A, C-N to his Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in this case shall be filed **_under seal_** until further order of the court as it contains confidential medical and prison records.

**IT IS SO ORDERED.**

**Dated: May 28, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDERSEALING EXHIBITS - 1