McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RODERICK VANGA,<br><br>            Defendant. | CASE NO. 2:14-CR-0184 WBS<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.     Defendant Roderick Vanga filed a motion for reduction in sentence and compassionate release on February 11, 2020. Docket No. 111. The Court ordered a government response by June 4, 2020, and any reply filed by June 11, 2020. Docket No. 113. Since the motion was filed, the United States is checking the status of his possible release to home confinement by the Bureau of Prisons and has communicated updates to counsel for the defendant. Given this development, there is a possibility that the motion could be mooted or narrowed by developments this week or early next week.

1  2. The parties desire additional time for briefing on defendant's motion. Accordingly, by
2  this stipulation, the parties now move that:
3      a) The government's opposition or response to defendant's motion, Docket No. 111,
4  be due on June 11, 2020; and
5      b) The defense reply, if any, will be due on June 18, 2020.

7  IT IS SO STIPULATED.

                          McGREGOR W. SCOTT
                          United States Attorney

Dated:  June 1, 2020

                          */s/ Jason Hitt*
                          JASON HITT
                          Assistant United States Attorney

Dated:  June 1, 2020                /s/ Ann C. McClintock
                          ANN C. McCLINTOCK
                          Assistant Federal Defender
                          Counsel for Defendant Vanga - authorized to sign
                          for Ms. McClintock on June 1, 2020

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 111, is due on June 11, 2020;

    b)    The defense reply, if any, will be due on June 18, 2020.

IT IS SO ORDERED.

Dated: June 3, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE