McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RODERICK VANGA,<br><br>                    Defendant. | CASE NO. 2:14-CR-0184 WBS<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.      Defendant Roderick Vanga filed a motion for reduction in sentence and compassionate release on February 11, 2020. Docket No. 111. The Court ordered a government response by June 4, 2020, and any reply filed by June 11, 2020. Docket No. 113. Since the motion was filed, the United States is checking the status of his possible release to home confinement by the Bureau of Prisons. At this time, the government believes the defendant has, in fact, been released on home confinement. The government respectfully requests additional time to confirm that development and respond to the compassionate release portion of defendant's brief. Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 111, be due on June 18, 2020; and

    b) The defense reply, if any, will be due on June 22, 2020.

IT IS SO STIPULATED.

                            McGREGOR W. SCOTT
                            United States Attorney

Dated:  June 11, 2020

                            */s/ Jason Hitt*
                            JASON HITT
                            Assistant United States Attorney


Dated:  June 11, 2020                /s/ Ann C. McClintock
                            ANN C. McCLINTOCK
                            Assistant Federal Defender
                            Counsel for Defendant Vanga - authorized to sign
                            for Ms. McClintock on June 10, 2020

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

      a)    The government's opposition or response to defendant's motion, Docket No. 111, is due on June 18, 2020;

      b)    The defense reply, if any, will be due on June 22, 2020.

IT IS SO ORDERED.

Dated: June 12, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE